IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1764 T

(Consolidated with No. 06-137)

(Judge Lawrence J. Block)

JEROME J. UNGS and VELMA T. UNGS,

Plaintiffs

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR RELIEF FROM COURT'S ORDER REQUIRING JOINT STATUS REPORTS ON THE FIRST BUSINESS DAY OF EVERY SECOND MONTH

Under the Court's Order filed January 18, 2006 in Fed. Cl. No. 04-1764, the parties are required to file Joint Status Reports on the first business day of every second month for the duration of the stay in effect in Fed. Cl. No. 04-1764 pursuant to the Court's Order filed February 14, 2005. The reports update the status of the following cases: Robert J. Isler and Susan L. Isler v. United States, Fed. Cl. No. 01-344 T; Jeffrey T. Scuteri v. United States, Fed. Cl. No. 01-358 T; and Donald L. and Bettye G. Dismore v. United States, Fed. Cl. No. 04-1787 T. Isler, Scuteri, and the present case are now before the same judge. In addition, the parties are filing today with this motion a motion for relief from status report requirements in Kirwan v. U.S., Fed. Cl. No. 05-489 T, requesting that, with respect to Dismore, the Court require a status report in Kirwan to update progress in Dismore within 15 days of any judicial decisions

addressing a substantive issue in that case. Accordingly, the parties request that the status report requirement of the Court's January 18, 2006 order be discontinued.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

04/28/2006 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

04/28/2006 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

04/28/2006 s/Steven I. Frahm
Date Of Counsel
Attorneys for Defendant